STATE of Missouri, Respondent,

v.

Ronald Thomas WRIGHT, a/k/a R.T. Wright, a/k/a Ronnie Wright, Appellant.

No. WD 33897.

Missouri Court of Appeals, Western District.

Feb. 15, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 29, 1983.

Application to Transfer Denied April 26, 1983.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, III, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction and sentence of two years for violation of § 569.150, RSMo 1978 (trespass-second degree) and § 570.030, RSMo 1978 (stealing).